UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| JENNIFER STANLEY ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| WALMART STORES EAST, L.P. ) | |
| ) | |
| DEFENDANT ) | |

## NOTICE OF REMOVAL

Defendant, Walmart Stores East, L.P. (hereinafter "Walmart"), by counsel, for its Notice of Removal of this action from Pike Circuit Court, Kentucky, to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully states as follows:

1. On December 19, 2014, Plaintiff commenced an action which is now pending in Pike Circuit Court, Division II, Civil Action No. 14-CI-01348 in which Walmart Stores East, L.P. is the sole named Defendant. Walmart was served with a copy of the Summons and Complaint on or about January 6, 2015. Walmart made its appearance and filed an Answer on or about January 9, 2015.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) in that there exists diversity of citizenship between the parties and the total amount claimed by Plaintiff exceeds the jurisdictional minimum of $75,000.00, though liability and damages are denied.

3. Plaintiff is a citizen of Kentucky.

4. In accordance with Carden v. Arkoma Associates, 494 U.S. 185 (1990), the citizenship of a limited partnership is based upon the citizenship of each of its general and limited partners. Defendant, Walmart Stores East, L.P., is a Delaware limited partnership with its principle place of business in Arkansas.  It has one general partner, WSE Management, LLC, and one limited partner, WSE Investment, LLC. Both are Delaware limited liability companies with principle places of business in Arkansas.

5. Pursuant to Cosgrove v. Bartolotta, 150 F.3d 729 (7th Cir. 1998) a limited liability company is a citizen, for diversity purposes, of the state in which its members are citizens.

a) The sole member of WSE Management, LLC is Walmart Stores East, Inc. In accordance with 28 U.S.C. § 1332(c)(1), Walmart Stores East, Inc. is a citizen of Arkansas, where it is incorporated and where it has its principal place of business. The general partner of Walmart Stores East, L.P., therefore, is a citizen of Arkansas.

b) The sole member of WSE Investment, LLC is also Walmart Stores East, Inc. The limited partner of Walmart Stores East, L.P., therefore, is a citizen of the Arkansas.

c) In light of the foregoing, Walmart Stores East, L.P. is now and was at the time of the commencement of this action a citizen of Arkansas.

6. This action arises from an incident allegedly occurring on July 3, 2014 in Pike County, Kentucky. The Complaint alleges that Plaintiff was injured by the actions of Defendant.

7. The amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs as evidenced by Plaintiff's Supplemental Response to Walmart's Request for Admission, attached as **Exhibit 1.**

8.	This action involves a controversy between citizens of different states, as Plaintiff is a resident and citizen of Kentucky and Defendant is a citizen of Delaware and Arkansas. The United States District Court is given original jurisdiction in such controversies, where, as here, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. 28 U.S.C. §§ 1332, 1446.

9.	Pursuant to 28 U.S.C. § 1446(b), removal must be filed within thirty days after receipt of the initial pleading setting forth the claim for relief.  If, however, the case is not initially removable, a notice of removal may be filed within thirty days after defendant receives a copy of a pleading, motion, order or other paper from which "it may first be ascertained that the case is one which is or has become removable" but no more than one after commencement of the action.  Id.  Defendant's Notice of Removal is being filed on September 1, 2015. Within thirty days of the receipt of Plaintiff's Supplemental Response to Walmart's Request for Admission, which was received on August 24, 2015.

10.	A copy of all process, pleadings and orders served as of the date of the filing of this Notice of Removal are attached hereto as **Exhibit 2**.

11.	Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

12.	True and correct copies of the pleadings enumerated in paragraph 11 have been filed with the Clerk of the Pike Circuit Court.

**WHEREFORE,** Defendant, Walmart Stores East, L.P., hereby removes this action from the Pike Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*_____
Jennifer Kincaid Adams
Thomas E. Stevens
BLACKBURN DOMENE & BURCHETT, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9771
jadams@bdblawky.com
tstevens@bdblawky.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this the 1st day of September, 2015. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Glenn Martin Hammond
Matthew R. Hall
Glenn Martin Hammond Law Office
685 Hambley Boulevard, Suite Three
P.O. Box 1109
Pikeville, Kentucky 41502
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*_____
*Counsel for Defendant*