UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
**[Electronically Filed]**

| | |
|---|---|
| JENNIFER STANLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 7:15-cv-00086-ART |
| ) | |
| WALMART STORES EAST, LP ) | |
| ) | |
| Defendant. ) | |

## **WALMART'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Walmart Stores East, LP (hereinafter "Walmart"), by counsel, in accordance with Rule 56 of the Federal Rules of Civil Procedure and this Court's Order of March 3, 2016, DN 13, hereby files its Motion for Summary Judgment. As grounds for its Motion, Walmart states that there are no genuine issues of material fact and Walmart is entitled to judgment as a matter of law. As additional grounds for its Motion, Walmart submits the attached memorandum and proposed order.

WHEREFORE, Walmart respectfully moves this Court for an order granting summary judgment and dismissing Plaintiff's Complaint with prejudice.

Respectfully submitted,

*/s/ Thomas E. Stevens*_____
Jennifer Kincaid Adams
Thomas E. Stevens
Blackburn, Domene & Burchett, PLLC
614 W. Main Street, #3000
Louisville, KY  40202
*Counsel for Defendant*
*Walmart Stores East, LP*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 18th day of March, 2016. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Glenn Martin Hammond
Matthew R. Hall
Glenn Martin Hammond Law Office
685 Hambley Boulevard, Suite Three
P.O. Box 1109
Pikeville, Kentucky 41502
*Counsel for Plaintiff*

/s/ Thomas E. Stevens
*Counsel for Defendant*