UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
[ELECTRONICALLY FILED]

| | |
|---|---|
| JENNIFER STANLEY | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 7:15-cv-00086-ART |
| WALMART STORES EAST, LP | ) |
| Defendant. | ) |

\* \* \* \* \* \* \*

### AGREED ORDER OF DISMISSAL

Comes the Plaintiff, Jennifer Stanley, and the Defendant, Wal-Mart Stores East, LP, (hereinafter referred to as "Walmart"), by counsel, and advise the Court that the parties have reached an agreement concerning the claims of the Plaintiff against Defendant, Walmart, and the Court having fully considered the same;

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Walmart are hereby dismissed with prejudice.

Entered this the _____ day of _____, 2016.

_____
JUDGE

AGREED TO:

| | |
|---|---|
| */s/ Thomas E. Stevens* | */s/ Glenn Martin Hammond (with permission)* |
| Jennifer Kincaid Adams | Glenn Martin Hammond |
| Thomas E. Stevens | Matthew R. Hall |
| BLACKBURN DOMENE & BURCHETT, PLLC | Glenn Martin Hammond Law Office |
| 614 West Main Street, Suite 3000 | 685 Hambley Boulevard, Suite Three |
| Louisville, Kentucky 40202 | P.O. Box 1109 |
| *Counsel for Defendant* | Pikeville, KY 41502 |
| | *Counsel for Plaintiff* |

**Court Distribution made this ___ day of _____
to the following:**

Jennifer Kincaid Adams                                                  [  ]
Thomas E. Stevens
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, Kentucky 40202

Glenn Martin Hammond                                              [  ]
Matthew R. Hall
Glenn Martin Hammond Law Office
685 Hambley Boulevard, Suite Three
P.O. Box 1109
Pikeville, KY 41502