UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JENNIFER STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 15-86-ART |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, L.P., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed an agreed entry of dismissal. R. 22. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared." Dismissal is without prejudice unless the stipulation states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here, the agreed entry stipulates dismissal with prejudice and is signed by counsel for both parties.

Accordingly, it is **ORDERED** as follows:

(1) The parties' joint request for voluntary dismissal with prejudice, R. 22, is **GRANTED**.

(2) This matter is **DISMISSED WITH PREJUDICE**.

(3) All pending deadlines are **CANCELLED**.

(4)     The Clerk shall **STRIKE** this matter from the Court's active docket.

This the 15th day of August, 2016.

Signed By:
*Amul R. Thapar* AT
United States District Judge